IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America, | CRIMINAL NO. 3:04-353 (CMC) |
| v. | **OPINION and ORDER** |
| Kenneth Roshaun Reid, | |
| Defendant. | |

This matter is before the court pursuant to Defendant's *pro se* motion for "Correction of Error in Pre-Sentence Investigation Report." ECF No. 585. Defendant seeks to have his Presentence Report (PSR) amended to remove information relating to his conviction, namely that the court "correct" the PSR to show that Defendant was not "convicted of" a conspiracy to distribute 50 grams or more of "crack" cocaine or 500 grams or more of cocaine. Mot. at 2. Defendant maintains that he was "not found guilty of any drug amounts so the amounts of 50 grams or 500 grams or more should be deleted . . . ." *Id*. at 2.

The information in the PSR to which Defendant refers is merely citation to the offenses with which Defendant was charged. A review of Defendant's PSR clearly shows that he was convicted of conspiracy to possess with intent to distribute a quantity of cocaine base and cocaine. Accordingly, Defendant's motion is **denied**.[1]

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
September 12, 2012

---

[1] As an aside, Defendant's custody status may be related to the fact that Defendant was convicted of Count 4, which charged Defendant with causing the death of a person by using a firearm during and in relation to a drug trafficking crime and a crime of violence in violation of 18 U.S.C. §§ 924(j)(1) and 2.

1